FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

2005 OCT 20 P 2:53

CLERK, US DIST. COURT
E... ... ... CALIF
BY_____

JAVIER ACEVEDO,

vs.

D. ADAMS,

_____/

ORDER RE: CERTIFICATE OF APPEALABILITY

CV-F-03-5503 OWW/LJO HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

\_\_\_\_\_   Granted for the following reason:

_____
_____
_____
_____

__X__   Denied for the following reason:
PRISONER AFFORDED ALL DUE PROCESS HEARING RIGHTS. SIMPLE REFUSAL TO ACCEPT DISCIPLINE AND AUTHORITY. NO COGNIZABLE LEGAL ISSUE RAISED THAT IS DEBATABLE AMONG JURISTS OF REASON.

Dated: 10-19-05

OLIVER W. WANGER
United States District Judge