UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER ACEVEDO, ) | 1:03-CV-5503 OWW LJO HC |
| ) | Appeal Number 05-17091 |
| Petitioner, ) | |
| ) | ORDER REQUIRING PETITIONER TO |
| v. ) | SUBMIT COMPLETED APPLICATION TO |
| ) | PROCEED IN FORMA PAUPERIS ON |
| ) | APPEAL **OR** PAY FILING FEE |
| DERRAL ADAMS, Warden, ) | |
| ) | ORDER DIRECTING CLERK TO SERVE |
| Respondent. ) | COPY OF THIS ORDER ON COURT OF |
| _____ ) | APPEALS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 14, 2005, Petitioner filed a notice of appeal.  On October 20, 2005, the court issued an order denying the motion for certificate of appealability, and on October 26, 2005, the appeal was processed to the Court of Appeals for the Ninth Circuit.

On November 14, 2005, Petitioner filed a motion for leave to proceed in forma pauperis on appeal. A party who was permitted to proceed in forma pauperis in the district court may proceed in forma pauperis on appeal without further authorization unless the district court certifies that the appeal is not taken in good faith. See Fed. R. App. P. 24(a)(3).  Petitioner states in his motion that he was granted in forma pauperis status in case Civ-F-02-5507-AWI-DLB-P.  However, in this case, Petitioner paid the filing fee and did not proceed in forma pauperis.  Thus, Petitioner is not automatically entitled to proceed in forma pauperis on appeal.

1

Rule 24(a)(1) of the Federal Rules of Appellate Procedure states that a party who desires to appeal in forma pauperis must file a motion in the district court and attach to that motion a completed application to proceed in forma pauperis, along with the issues the party intends to present on appeal. Petitioner's request, however, was not accompanied by a completed application to proceed in forma pauperis. <u>See</u> 28 U.S.C. 1914(a); 1915 (a).

The Court will provide Petitioner with the opportunity to submit either the appropriate application and certified copy of Petitioner's prison trust account or the $255.00 filing fee.

Accordingly, the Court ORDERS that:

1. The Clerk of the Court is DIRECTED to send Petitioner a copy of the application to proceed in forma pauperis;

2. Petitioner is DIRECTED to submit either the completed application, accompanied by a certified copy of Petitioner's prison trust account statement for the last six months, **or** the $255.00 filing fee, within twenty (20) days of the date of service of this order; and

3. The Clerk of Court is DIRECTED to serve a copy of this order on the Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

**Dated:   January 26, 2006**          /s/ Lawrence J. O'Neill
23ehd0                                  UNITED STATES MAGISTRATE JUDGE